# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

JAMES ARTHUR EVANS,

    Plaintiff,

v.

BLEDSOE COUNTY GOVERNMENT,          No. 1:19-cv-00238-CLC-CHS
CITY OF PIKEVILLE, PTL OFFICER
RICKY HODGE, and DEPUTY CHASE
ROBERTS,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS RAISED AGAINST ALL DEFENDANTS

Comes now Plaintiff, by and through counsel, and files this dismissal with prejudice of all federal and state law claims raised by him against Defendants Bledsoe County Government, City of Pikeville, Officer Ricky Hodge, and Deputy Chase Roberts in the above-captioned matter pursuant to Federal Rules of Civil Procedure 21 and/or 41(a)(1)(A)(ii). As evidenced by the signatures of their respective counsel of record below, each Defendant agrees with this stipulation. This stipulation is entered with prejudice effective immediately upon the filing of the same. The Plaintiff further stipulates that this action is not subject to the provisions of Federal Rule of Civil Procedure 23, Federal Rule of Civil Procedure 66, or any statute of the United States prohibiting dismissal of this action with prejudice. The Plaintiff acknowledges there has been no admission of liability by any of the Defendants, no payments have been made by or on behalf of any of the Defendants, and there has been no finding of liability or any judgment made against any of the

Defendants. Each party shall be responsible for their own costs or fees, discretionary and otherwise, including attorney's fees.

RESPECTFULLY SUBMITTED this 4th day of January, 2023.

By: s/ Roger D. Layne
Roger D. Layne, BPR No. 33873
*Attorney for Plaintiff*
DAVIS, KESSLER & DAVIS
433 Cherokee Boulevard
Chattanooga, TN 37405
roger@daviskessler.com

By: s/ Benjamin K. Lauderback
Benjamin K. Lauderback, BPR No. 020855
*Attorney for Defendants City of Pikeville and Officer Ricky Hodge*
WATSON, ROACH, BATSON
 & LAUDERBACK, P.L.C.
900 S. Gay St., Suite 1500
Knoxville, TN 37902
blauderback@watsonroach.com

By: s/ Thomas Hickey
B. Thomas Hickey, Jr., BPR No. 019105
*Attorney for Bledsoe County and Deputy Chase Roberts*
SPICER RUDSTROM PLLC
537 Market Street, Suite 203
Chattanooga, Tennessee 37402
thickey@spicerfirm.com